No. 664. TILTON ET AL. *v.* MISSOURI PACIFIC RAILROAD Co. Motion of the Veterans of Foreign Wars National Rehabilitation Service for leave to file a brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Sherman L. Cohn* for peti-

tioners. *John Guandolo* for respondent. *George S. Parish* for the Veterans of Foreign Wars National Rehabilitation Service, as *amicus curiae*, in support of the petition.